**Electronically Filed
Supreme Court
SCPW-15-0000314
08-JUL-2015
11:03 AM**

SCPW-15-0000314

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA10
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10, Petitioner,

vs.

THE HONORABLE GARY W. B. CHANG, JUDGE OF THE LAND COURT
OF THE STATE OF HAWAI‘I, Respondent Judge,

and

MICHAEL JASON PULU and LEONARD AH MU, Respondents.

---

ORIGINAL PROCEEDING
(L.D. NO. 11-1-3738)

ORDER DENYING AS MOOT PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner's petition for a writ of mandamus, filed on April 6, 2015, the answer filed by the Respondent Judge, the respective supporting documents, and the record, it appears that, on June 24, 2015, the Land Court disposed of the pending Land Court petition pursuant to the "Order Granting in Part and Denying in Part Petition of The Bank of New York Mellon, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through

Certificates, Series 2006-OA10, for Amendment of Land Court Certificate of Title No. 918,537."  Petitioner's request for mandamus relief is therefore moot.  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied as moot.

DATED: Honolulu, Hawaiʻi, July 8, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson